UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: 6:23-CR-11 |
| | ) | |
| v. | ) | |
| | ) | |
| DONYAH RAYQUAN HARDAWAY | ) | |

### ORDER OF DISMISSAL

The Government's motion for an order dismissing, without prejudice, the Indictment referenced above against DONYAH RAYQUAN HARDAWAY is GRANTED. The above-referenced Indictment filed against the Defendant is hereby dismissed without prejudice.

SO ORDERED this 31ST day of August 2023.

_____
J. RANDAL HALL, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA